UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WILLIAM D. QUICK, JR.,

        Plaintiff,

-vs-                                       Case No.  5:05-cv-73-Oc-10GRJ

JO ANNE B. BARNHART, Commissioner of
the Social Security Administration,

        Defendant.
_____/

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 8) recommending that the Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Doc. 5) be granted.  There have been no objections to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon an independent examination of the file and upon due consideration, it is ordered that:

(1) the report and recommendation of the Magistrate Judge (Doc. 8) is adopted, confirmed and made a part hereof;

(2) the Defendant's Motion for Summary Judgment (Doc. 5) is GRANTED; and

(3) the Clerk is directed to enter judgment for the Defendant, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 29th day of April, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record